UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
(CLEVELAND)

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 06-13101 |
|  | ) | CHAPTER 13 |
| STANLEY L. SAMPLE | ) |  |
|  | ) | JUDGE MORGENSTERN-CLARREN |
|  | ) |  |
| Debtor(s). | ) |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF GUARANTY BANK, SSB D.B.A. GB HOME EQUITY, LLC

PLEASE TAKE NOTICE that the undersigned counsel represents Guaranty Bank, SSB d.b.a. GB Home Equity, LLC in the above-captioned action and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in this case and all papers served in this case be given and served upon the undersigned at the address set forth below.

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading (including a plan and disclosure statement), request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, that affect

the above-captioned debtor or debtor in possession or the property of such debtor or the debtor's estate.

                STRACHAN, MILLER, OLENDER
                & ROESSLER CO., L.P.A.

                /s/ Stacey A. O'Stafy
                STACEY A. O'STAFY (0070386)
                Attorney for Guaranty Bank, SSB d.b.a. GB Home Equity, LLC
                1940 Huntington Building
                925 Euclid Avenue
                Cleveland, Ohio  44115
                Phone: (216) 621-0040
                Fax:    (216) 621-7175
                E-mail:  sostafy@smor-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices was served this 9th day of August 2006 by regular U.S. mail upon the following persons:

    Stanley L. Sample
    1321 East 82 Street
    Cleveland, OH  44103

The following parties and all others registered through ECF to receive notice in this case will be served electronically via ECF:

    Sheldon Stein
    Attorney for Debtor(s)

    Craig H. Shopneck
    Chapter 13 Trustee

    Office of the U.S. Trustee

    /s/ Stacey A. O'Stafy
    STACEY A. O'STAFY (0070386)
    Attorney for Guaranty Bank, SSB d.b.a. GB Home Equity, LLC

3

06-13101-pmc    Doc 18    FILED 08/09/06    ENTERED 08/09/06 13:03:16    Page 3 of 3